UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMUEL DELGADILLO, | Case No. 1:26-cv-04135-KES-FJS |
| Plaintiff, | ORDER REQUIRING PLAINTIFF TO FILE LONG FORM APPLICATION TO PROCEED IN FORMA PAUPERIS |
| v. | |
| FRESNO POLICE DEPARTMENT, | (ECF No. 2) |
| Defendant. | <u>TWENTY-ONE DAY DEADLINE</u> |

On May 29, 2026, Plaintiff Samuel Delgadillo ("Plaintiff") filed this action asserting claims against the Fresno Police Department. (ECF No. 1.) Plaintiff did not pay the filing fee and instead filed an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. (ECF No. 2.) Yet the court cannot determine whether Plaintiff is entitled to proceed without prepayment of fees because Plaintiff's application is incomplete.

Plaintiff, who is a currently unemployed, reports that he received money from "other sources" but failed to describe each source of money, the amount received, and what he expects to continue to receive, as required by the application to proceed in district court without fees or costs (short form) – AO 240 ("AO 240"). (ECF No. 2 at ¶ 3.) Additionally, Plaintiff leaves several sections on the application blank, including whether Plaintiff has persons dependent on him for support and his last date of employment and amount of take-home salary or wages. (*See* ECF No. 2 at ¶¶ 2, 6.) Having reviewed the application, the court requires additional information to determine if Plaintiff is entitled to proceed *in forma pauperis* in this action.

Accordingly, the court will order Plaintiff to complete and file an application to proceed in district court without prepaying fees or costs (long form) – AO 239.  Plaintiff is instructed not

to leave fields empty, but rather to write "yes," "no," or "N/A" as appropriate in any fields that he intends to leave blank.  If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the filing fee in full.

Based upon the foregoing, it is HEREBY ORDERED that:

1. The clerk of the court is directed to forward an application to proceed in district court without prepaying fees or costs (long form) – AO 239 to Plaintiff;

2 Within twenty-one (21) days of the date of this order, Plaintiff shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed application to proceed in district court without prepaying fees or costs (long form) – AO 239; and

3. If Plaintiff fails to comply with this order, then this action will be dismissed.

IT IS SO ORDERED.

Dated:   **June 1, 2026**

_____
UNITED STATES MAGISTRATE JUDGE

2